**FILED**

07/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0456

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 22-0456

| | |
|---|---|
| In the Matter of the Estate of<br><br>HORATIO W. BURNS,<br><br>Deceased. | **ORDER DISMISSING CROSS-APPEAL** |

Upon the joint and uncontested motion by the cross-appellants, Cameron Burns as Personal Representative of the Estate of Horatio Burns, and Alison Burns, to dismiss their cross-appeal, and for good reason appearing therefore,

IT IS ORDERED that the cross-appeal in DA 22-0456 is DISMISSED. The case shall proceed on the issues raised by Appellant Lindsay Burns Barbier.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 20 2023